**No. 44463.**—Protests 14411–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30) the hat and clothes brushes in question were held dutiable at only 50 percent under paragraph 1506 as claimed.